■ JOSEPH M. MULDER, Appellant, v DONALDSON, LUFKIN & JENRETTE, Respondent. [689 NYS2d 469] —Order, Supreme Court, New York County (Barry Cozier, J.), entered June 30, 1998, which, in an action against a securities brokerage firm seeking punitive damages for wrongful termination of employment, insofar as appealed from, granted defendant's motion to confirm an arbitration award rejecting plaintiff's claim for punitive damages, and denied plaintiff's cross motion to vacate the award, unanimously affirmed, with costs.

New York County (Barry Cozier, J.), entered October 15, 1998, which granted defendant's motion to strike plaintiff's jury demand, unanimously affirmed, without costs.

Inasmuch as the money damages that defendant seeks in some of its counterclaims will not protect it from plaintiff's continued use of allegedly confidential information and documents, it is clear that the thrust of defendant's counterclaims, the only claims remaining to be litigated, is equitable in nature, and thus plaintiff is not entitled to a jury trial (*see, Downtown Art Co. v Zimmerman*, 227 AD2d 226). Concur—Tom, J. P., Wallach, Lerner and Rubin, JJ.